# UNITED STATES BANKRUPTCY COURT

**IN RE:**

John M. Lawlor

**Debtor(s)**

**CHAPTER:** 7

**CASE NO.** 26-13551

## CERTIFICATION OF NO PAYMENT ADVICES PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

I, John M. Lawlor, hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), **from any source of employment**. I further certify that I received no payment advices during that period because:

- ☐ I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.
- ☑ I have received no regular income other than Social Security and pension payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.
- ☐ My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.
- ☐ I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

I did not receive payment advices due to factors other than those listed above. (Please explain)

I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

Dated: August 25, 2026

John M. Lawlor (Aug 25, 2026 13:13:21 EDT)

Debtor