**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| **In re:**<br><br>**John M. Lawlor,**<br>**Debtor .**<br><br>**U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST,**<br><br>**Movant,**<br>**v.**<br>**John M. Lawlor,**<br>**Debtor/Respondent,**<br>**LYNN E. FELDMAN,**<br>**Trustee/Additional Respondent.** | **Bankruptcy No. 26-13551-djb**<br><br>**Chapter 7**<br><br>**Hearing Date: October 13, 2026**<br>**Hearing Time: 10:00 A.M.**<br>**Hearing Location: 900 Market Street, Suite 201 Philadelphia, PA 19107**<br>**Courtroom Number #2** |

**CERTIFICATE OF SERVICE OF MOTION OF U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST FOR RELIEF FROM THE AUTOMATIC STAY AND NOTICE OF MOTION**

I, Michelle L. McGowan, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on September 17, 2026, I served copies of the Motion for Relief from the Automatic Stay and Notice of Motion upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronic mail, at the following addresses:

**Debtor**
John M. Lawlor
300 Haines Dr
North Wales, PA 19454-2703

**Debtor's Attorney**
MICHAEL A. CIBIK
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

**Trustee**
LYNN E. FELDMAN
Lynn E. Feldman, Trustee
2310 Walbert Ave
Ste 103
Allentown, PA 18104

**U.S. Trustee**
United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

Date: 9/17/2026

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Attorney for Movant
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112
By: /s/ Michelle L. McGowan
Michelle L. McGowan
Email: mimcgowan@raslg.com