Certificate Number: 16339-PAE-DE-041513917

Bankruptcy Case Number: 26-13551

16339-PAE-DE-041513917

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 2, 2026, at 12:05 o'clock PM EDT, John Lawlor completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: October 2, 2026

By: /s/Kris Krumal

Name: Kris Krumal

Title: Certified Financial Counselor