**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>John M. Lawlor,<br>Debtor.<br>___<br>SELENE FINANCE LP, AS SERVICER IN FACT FOR U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST,<br>Movant,<br>v.<br>John M. Lawlor,<br>Debtor/Respondent,<br>Carol L. Lawlor,<br>Co-Debtor/Respondent,<br>Kenneth E. West,<br>Trustee/Additional Respondent. | Bankruptcy No. 26-13551<br><br>Chapter 13 |

# CERTIFICATE OF NO RESPONSE

The undersigned hereby certifies that the Court docket in this case was reviewed and no Answer, Objection or other responsive pleading to the Motion for Relief from the Automatic Stay filed at Docket No. 11, appears thereon. It is hereby respectfully requested that the Order attached to the Movant Motion for Relief from the Automatic Stay be entered by the Court.
Dated: October 7, 2026

**Robert Shearer**
**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
425 Commerce Drive, Suite 150
Fort Washington, PA 19034
Phone: (855) 225-6906 ext. 52244
Fax: (404) 393-1425
/s/ Robert Shearer
Robert Shearer, Esquire
Pennsylvania Bar Number 83745

rshearer@raslg.com
Counsel for SELENE FINANCE LP, AS SERVICER IN FACT FOR U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>John M. Lawlor,<br>Debtor.<br>________________<br>SELENE FINANCE LP, AS SERVICER IN FACT FOR U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST,<br>Movant,<br>v.<br>John M. Lawlor,<br>Debtor/Respondent,<br>Carol L. Lawlor,<br>Co-Debtor/Respondent,<br>Kenneth E. West,<br>Trustee/Additional Respondent. | Bankruptcy No. 26-13551<br><br>Chapter 13 |

**CERTIFICATE OF SERVICE OF SELENE FINANCE LP, AS SERVICER IN FACT FOR U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST FOR CERTIFICATE OF NO OBJECTION**

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on October 8, 2026 I caused to be served copies of the Motion for Relief from the Automatic Stay and Notice of Motion upon the parties in interest in

this proceeding via First Class Mail, postage prepaid, and/or electronic mail as indicated on the below Service List.

**Debtor**
John M. Lawlor
300 Haines Dr.
North Wales, PA 19454-2703

**Co-Debtor**
Carol L. Lawlor
300 Haines Dr.
North Wales, PA 19454-2703

**Debtor Attorney**
Michael A. Cibik, Esq.
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, Pennsylvania 19102

**Trustee**
LYNN E. FELDMAN
Lynn E. Feldman, Trustee
2310 Walbert Ave
Ste 103
Allentown, PA 18104

**U.S. Trustee**
United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

Date: October 8, 2026

**Robert Shearer**
**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
425 Commerce Drive, Suite 150
Fort Washington, PA 19034
Phone: (855) 225-6906 ext. 52244
Fax: (404) 393-1425
/s/ Robert Shearer
Robert Shearer, Esquire
Pennsylvania Bar Number 83745
rshearer@raslg.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>John M. Lawlor,<br>Debtor.<br>______<br>SELENE FINANCE LP, AS SERVICER IN FACT FOR U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST,<br>Movant,<br>v.<br>John M. Lawlor,<br>Debtor/Respondent,<br>Carol L. Lawlor,<br>Co-Debtor/Respondent,<br>Kenneth E. West,<br>Trustee/Additional Respondent. | Bankruptcy No. 26-13551<br><br>Chapter 13 |

**ORDER OF COURT**

AND NOW, this day of , 2026, upon consideration of SELENE FINANCE LP, AS SERVICER IN FACT FOR U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), any response thereto and this court's finding that the collateral property is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the United States Bankruptcy Code are hereby unconditionally terminated with respect to SELENE FINANCE LP, AS SERVICER IN FACT FOR U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST; and it is further

ORDERED, that SELENE FINANCE LP, AS SERVICER IN FACT FOR U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST, its successors and/or assigns are permitted to proceed with appropriate state court remedies against the real property located at 300 Haines Drive, Twp. of Upper Gwynedd (North Wales), Pennsylvania 19454, including without limitation, Sheriff Sale of the Property, and it is further

ORDERED that SELENE FINANCE LP, AS SERVICER IN FACT FOR U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(4) is granted.

BY THE COURT:

______________________________
Judge Derek J Baker
U.S. Bankruptcy Court Judge

26-13551
26-392078
MFR